IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Michael Joseph Kearns and Jean Rae Kearns,** §§§§<br><br>*Plaintiffs*, §§<br><br>v. §§<br><br>**SYNGENTA CROP PROTECTION LLC, SYNGENTA AG, and CHEVRON U.S.A., INC.,** §§§§§<br><br>*Defendants*. | Case No. 3:21-pq-00550-NJR |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Michael Joseph Kearns and Jean Rae Kearns hereby gives notice that the above-captioned matter is voluntarily dismissed without prejudice as to all defendants.

Dated: November 23, 2021                    Respectfully submitted,

**FEARS NACHAWATI, PLLC**

By:    /s/Gibbs C. Henderson
         GIBBS C. HENDERSON
         5473 Blair Road
         Dallas, TX  75231
         (214)829-0711
         ghenderson@fnlawfirm.com
         Attorney for Plaintiffs